UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. 3:12-00189 |
| vs. | ) | Judge Nixon |
| IRIS RENEE BREWER | ) | |

### AGREED ORDER

Comes now the United States of America, through Jerry E. Martin, United States Attorney for the Middle District of Tennessee, and Assistant United States Attorney Sandra G. Moses, and defendant, Iris Renee Brewer, through defendant's counsel, Jacob P. Mathis, and would agree as follows:

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that this matter is reset for a plea hearing November 9, 2012, at 10:00 a.m. before Senior Judge John T. Nixon.

ENTERED this the 5th day of November, 2012.

_____
SENIOR JUDGE JOHN T. NIXON

Approved for Entry:

JERRY E. MARTIN
United States Attorney

_____
JACOB P. MATHIS
Attorney for Iris Renee Brewer

By: Sandra G. Moses
SANDRA G. MOSES
Assistant U.S. Attorney